**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14

In Re: Petition of RICHARD SILVEIRA, as
Owner of the Unnamed 1997 Mariah 242 Shabah
HIN # MAB14825E797, for Exoneration from or
Limitation of Liability,

                  Petitioner.

_____/

No. C 14-01024 SI

**ORDER ON MONITION**

15
16
17
18
19

    THIS CAUSE comes before the Court on the Verified Complaint for Exoneration from or Limitation of Liability filed by Petitioner in the above referenced action pursuant to Supplemental Rule F of the Federal Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Court noting Petitioner's compliance with Subdivision (1) of Supplemental Rule F and the Court being otherwise fully apprised, it is hereupon:

20
21
22
23
24

    ORDERED and ADJUDGED that all persons asserting claim with respect to the subject matter of this Verified Complaint concerning damages or injuries occurring during the voyage of the Unnamed 1997 Mariah 242 Shabah HIN #MAB14825E797 on or about September 6, 2013 are admonished to file their respective claims with the Clerk of this Court and to serve a copy of said claims on the attorneys for the Petitioner not later than forty-five (45) days from the date of this Order.

25
26
27

    Counsel for Petitioner is directed pursuant to Supplemental Rule F(4) to publish this Monition in the *San Francisco Chronicle* once a day for four consecutive weeks beginning within ten (10) days from the date this order is filed.  Not later than the day of second publication, counsel for Petitioner shall

28

also mail a copy of the notice to every person known to have made any claim against the vessel or Petitioner arising out of the voyage or trip on which the claims sought to be limited arose.

**IT IS SO ORDERED.**

Dated: April 18, 2014

_____
SUSAN ILLSTON
United States District Judge