IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Petition of RICHARD SILVEIRA, as Owner of the Unnamed 1997 Mariah 242 Shabah HIN # MAB14825E797, for Exoneration from or Limitation of Liability,<br><br>　　　　　　Petitioner.<br>_____/ | No. C 14-01024 SI<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR ISSUANCE OF LIMITATION INJUNCTION, MONITION, AND ORDER APPROVING PETITIONER'S SECURITY** |

THIS CAUSE coming before the Court on the Verified Complaint for Exoneration from or Limitation of Liability filed by Petitioner in the above referenced action pursuant to Supplemental Rule F of the Federal Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

**ORDER APPROVING PETITIONER'S SECURITY**

The Court being satisfied that the Petitioner has complied with all of the requirements of Subdivision (1) of Supplemental Rule F, the Court accordingly issues this Order Approving the Limitation Bond submitted by Petitioner in the sum of Twenty-Five Thousand Dollars ($25,000.00) together with interest thereon at six (6) percent per annum from the date of the security, as security for a sum equal to Petitioner's interest in the Unnamed 1997 Mariah 242 Shabah HIN #MAB14825E797.

The Court shall, upon proper Motion or demand, order appraisal of the vessel, and may increase or decrease this security if necessary.

## ORDER OF LIMITATION INJUNCTION

The Court being satisfied that the Petitioner has complied with all of the requirements of Subdivision (1) of Supplemental Rule F, the Court accordingly issues this injunction enjoining the further prosecution of any action or proceeding against the Petitioner or the Petitioner's property with respect to any claim subject to limitation in the action.

**IT IS SO ORDERED.**

Dated: April 18, 2014

_____
SUSAN ILLSTON
United States District Judge