UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

CASE NO: C 14-01024 SI

In Re: Petition of RICHARD SILVEIRA, as Owner of the Unnamed 1997 Mariah 242 Shabah HIN# MAB14825E797, for Exoneration from or Limitation of Liability

    Petitioner,
_____/

## NOTICE TO CLAIMANTS OF VERIFIED COMPLAINT FOR PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS HEREBY GIVEN pursuant to Supplemental Rule F that RICHARD SILVEIRA, as Owner of the "Unnamed 1997 Mariah 242 Shabah HIN# MAB14825E797", has caused to be filed a Verified Complaint for Exoneration from or Limitation of Liability, pursuant to 46 U.S.C § 30501 et seq., for all claims arising out of or resulting from an incident involving the "Unnamed 1997 Mariah 242 Shabah HIN# MAB14825E797" on or about September 6, 2013 while the vessel was in or near the Carquinez Strait in the State of California as otherwise described in the Verified Complaint.

All persons having claims arising from the incident involving the "Unnamed 1997 Mariah 242 Shabah HIN# MAB14825E797" must file them, under oath, as provided in Supplemental Rule F, with the Clerk of Court at the United States Courthouse, Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102 and serve a copy upon the attorneys for the Petitioner, Randolph S. Hicks, Esq., Coddington, Hicks & Danforth, 555 Twin Dolphin Drive

#300, Redwood City, CA 94065 on or before the 2nd day of June, 2014 or be defaulted.  Personal attendance is not required.

Any claimant desiring to contest the claims of the Owner must file an Answer to the Petitioner, as required by Supplemental Rule F and mail a copy to the Owner's attorneys.

DATED THIS 23rd day of April, 2014

By: _____
    Susan Illston