UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SILVEIRA,

    Plaintiff,

    v.

GERALD DELIMA,

    Defendant.

Case No. 3:14-cv-01024-SI

**ORDER FOR FILING OF JOINT STATUS REPORT**

On July 9, 2014, at the parties' request, this action was stayed, pending resolution of litigation between respondent DeLima and petitioner Silvera in state court. Nothing has been filed in this case since that time.

Accordingly, it is ORDERED that **on or before May 1, 2015**, the parties shall file a Joint Status Report describing the state court litigation, its anticipated conclusion date, and the parties' expectation concerning when the instant action will be either reactivated or dismissed.

**IT IS SO ORDERED.**

Dated: April 22, 2015

_____
SUSAN ILLSTON
United States District Judge