UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SILVEIRA,

    Plaintiff,

    v.

GERALD DELIMA,

    Defendant.

Case No. 3:14-cv-01024-SI

**SECOND ORDER FOR FILING OF JOINT STATUS REPORT**

On July 9, 2014, at the parties' request, this action was stayed, pending resolution of litigation between respondent DeLima and petitioner Silvera in state court. A Joint Status Report was filed, pursuant to direction of the Court, on April 29, 2015. Nothing has been filed in this case since that time.

Accordingly, it is ORDERED that **on or before December 1, 2015**, the parties shall file a Joint Status Report describing the state court litigation, its anticipated conclusion date, and the parties' current expectation concerning when the instant action will be either reactivated or dismissed.

**IT IS SO ORDERED.**

Dated: November 18, 2015

_____
SUSAN ILLSTON
United States District Judge