UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SILVEIRA,<br><br>        Plaintiff,<br><br>    v.<br><br>GERALD DELIMA,<br><br>        Defendant. | Case No.  3:14-cv-01024-SI<br><br>**THIRD ORDER FOR FILING OF JOINT STATUS REPORT** |

On July 9, 2014, at the parties' request, this action was stayed, pending resolution of litigation between respondent DeLima and petitioner Silvera in state court.  The parties' last Joint Status Report, filed on November 24, 2015, reported that Mr. DeLima's action against the tugboat owner was set to go to trial February 22, 2016 in San Francisco Superior Court, and that Mr. DeLima had active settlement discussions with both the tugboat owner and Mr. Silveira.  Nothing has been filed in this case since that time.

Accordingly, it is ORDERED that **on or before March 25, 2016**, the parties shall file a Joint Status Report describing the state court litigation,  its anticipated conclusion date, and the parties' current expectation concerning when the instant action will be either reactivated or dismissed.

**IT IS SO ORDERED.**

Dated: March 15, 2016

_____
SUSAN ILLSTON
United States District Judge