Randolph S. Hicks, Esq. – SBN 83627
Jonathan C. Harriman, Esq. – SBN 250943
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027

Attorneys for Petitioner
RICHARD SILVEIRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No.  C 14-01024 SI

| In Re:  Petition of RICHARD SILVEIRA, as Owner of the Unnamed 1997 Mariah 242 Shabah HIN# MAB14825E797, for Exoneration from or Limitation of Liability | **JOINT STIPULATION TO DISMISS THE ACTION AND FOR RELEASE OF THE LIMITATION FUND TO PETITIONER** |
|---|---|

_____/



IT IS SO ORDERED
Judge Susan Illston

IT IS HEREBY STIPULATED by and between Petitioner RICHARD SILVEIRA (hereinafter "SILVEIRA") and Respondent GERALD DeLIMA (hereinafter "DeLIMA"), by their respective counsel of record, that all the claims of Respondent DeLIMA, are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs of suit.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned Petitioner and Respondent that Respondent DeLIMA waives any right to the limitation fund of Twenty Five Thousand Dollars and Zero Cents ($25,000.00) posted by Petitioner SILVEIRA and that said limitation fund all shall be released by this Court to Petitioner.

Dated:  March 25, 2016                    LAW OFFICES OF LYLE C. CAVIN, JR.

By /s/
    Alfred G. Johnson
    Attorneys for Respondent
    Gerald DeLima

Dated:  March 25, 2016                    CODDINGTON, HICKS & DANFORTH

By /s/ *Jonathan Harriman*
    Randolph S. Hicks
    Jonathan C. Harriman(*)
    Attorneys for Petitioner
    Richard Silveira

*ATTESTATION OF COUNSEL AS TO SIGNATURE

Pursuant to Civil Local Rules 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained.